IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MWI VETERINARY SUPPLY CO.,<br><br>   Plaintiff,<br><br>v.<br><br>HAROLD M. WOTTON, III and<br>DARROLL WOTTON,<br><br>   Defendants. | Case No.  1:12-CV-055-BLW<br><br>**JUDGMENT** |

Pursuant to the terms of the Settlement and Release Agreement resolving this action ("Settlement and Release Agreement"), and with the consent of the parties, it is hereby ORDERED and DECREED as follows:

1. Defendants, as well as their officers, agents, employees, attorneys, and all persons who are in active concert or participation with them (including, without limitation, Everost, Inc.), shall be permanently enjoined and prohibited through February 23, 2014 (the "Injunction Period") from selling the products set forth in sub-paragraphs (a) and (b) below in the territories specified therein. For purposes of this Stipulated Judgment, the word "selling" means shipment or transfer of a

**Judgment - 1**

product, the rendering of services, or the acceptance of an order for a product or service in return for any form of consideration or on a complimentary basis. Nothing herein prohibits the Defendants from seeking advice from veterinarians regarding potential products, enlisting veterinarians to test products, or providing products to veterinarians solely for testing purposes, provided that such products are not and will not be available for sale prior to February 24, 2014 in the countries identified in sub-paragraph (a) of this Section 1 or, with respect to those products described in sub-paragraph (b) of this Section 1, in the countries identified in such sub-paragraph (b).  (a) Veterinary orthopedic equipment including (i) one-time consumables like sutures and bandages, (ii) non-reusable items like implants and bone screws, or (iii) re-usable tools such as surgical scissors, scalpel blades, or forceps in the United States, Canada, Germany, and Dubai; and (b) In France, Italy, Spain, and Belgium or any of the countries specified in sub-paragraph 1(a) above, any products that are used to perform a lateral-suture procedure such as that which can be performed using the Securos Lateral Suture System that consists of the following parts (identified by Securos Division part numbers) :

i. 001143 Crimping device

ii. 001144 Tensioning device

iii. 001107 100# crimp tube

iv. 001145 80# crimp tube

v. 001148 40# crimp tube

**Judgment - 2**

      vi. 000511 (all monofilament sutures and needles)

      vii. 001174

      viii. 001175

      ix. 001176

      x. 001177

      xi. 001178

      xii. 000372

      xiii. 001180-001197

      xiv. 001169-001173

      xv. 001198-001200

      xvi. 002073

      xvii. 001004

      xviii. 001106.

2. Nothing in this Stipulated Injunction or otherwise precludes the Court from extending the restrictive periods set forth in Section 1 in the event of a breach of this Stipulated Injunction.

3. Plaintiff shall not be required to post security. The $10,000 bond on deposit with the Clerk of Court in connection with the preliminary injunction entered on September 14, 2012, along with any interest earned on such amount during the period of deposit, shall be disbursed by the Clerk of Court as soon as practicable to Plaintiff, through Plaintiff's counsel of record.

**Judgment - 3**

4.  This Stipulated Judgment (along with the Settlement and Release Agreement) is the full and final adjudication of this action (including without limitation all claims by Plaintiff and all counterclaims by Defendants). Each party shall bear its/their own costs and attorneys' fees.

5.  The Preliminary Injunction issued by this Court in this action on September 14, 2012 is hereby superseded by this Stipulated Judgment.

6.  The parties waive any right of appeal from this Stipulated Judgment.

7.  This Court shall retain jurisdiction with respect to all matters arising under or related to this Stipulated Judgment and/or the Settlement and Release Agreement.

8.  The Clerk shall close this case.

DATED: **March 27, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court